September 30, 2017

**Deutsche Bank National Trust Company v. Speer, 3:16-CV-46(RNC)**

Re: Plaintiffs' first and second motions to compel (ECF 29, 36)

Denied without prejudice. The only authority plaintiff cites is Fed. R. Civ. P. 37 and Local R. Civ. P. 37, both of which deal with sanctions for failure to comply with discovery orders. Those rules are inapposite here.

Any renewal of these motions must be supported by a memorandum showing the legal basis for the requested relief and the Court's authority to grant it.

So ordered.

_____

Robert N. Chatigny, U.S.D.J.